STATE of Louisiana ex rel. James Douglas SIMMONS

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary.

No. 52390.

May 18, 1972.

Treating this attempted appeal as an application for writs we find no error in the ruling of the trial judge. See written reasons for judgment assigned by the trial judge.

262 So.2d 35

STATE of Louisiana ex rel. Lawrence WATERMAN

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 52417.

May 18, 1972.

Considering the transcript furnished of the guilty plea by the trial court, this application has no merit.

262 So.2d 35

George ROGERS et al.

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.

No. 52438.

May 18, 1972.

Relators failed to apply for a rehearing in the Court of Appeal and therefore this Court cannot entertain their petition—Section 11 of Article VII of the Constitution.